No. 75–1289. CALIFORNIA CO., A DIVISION OF CHEVRON OIL CO. *v.* FEDERAL POWER COMMISSION;

No. 75–1299. SHELL OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION;

No. 75–1304. AMERICAN PUBLIC GAS ASSN. *v.* FEDERAL POWER COMMISSION;

No. 75–1305. PUBLIC SERVICE COMMISSION OF NEW YORK *v.* FEDERAL POWER COMMISSION;

No. 75–1308. ASSOCIATED GAS DISTRIBUTORS *v.* FEDERAL POWER COMMISSION; and

No. 75–1474. SUPERIOR OIL CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 520 F. 2d 1061.

No. 75–1503. TEXACO INC. ET AL. *v.* FEDERAL ENERGY ADMINISTRATION ET AL. Temp. Emerg. Ct. App. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–1602. E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY;

No. 75–1612. ETHYL CORP. *v.* ENVIRONMENTAL PROTECTION AGENCY;

No. 75–1613. NALCO CHEMICAL CO. *v.* ENVIRONMENTAL PROTECTION AGENCY; and

No. 75–1614. NATIONAL PETROLEUM REFINERS ASSN. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* denied. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion and petitions. Reported below: 176 U. S. App. D. C. 373, 541 F. 2d 1.